UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

Miracle Bass,                                                      Chapter 7

   Debtor.                                                       Case No.: 19-50264-SMS
_____/
Strategic Funding Source, Inc.,                           Ad. Pro. No. 19-05223-SMS
   d/b/a Kapitus, Inc.

       Plaintiff,
v.

Miracle Bass,

       Defendant.
_____/

## MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

    Plaintiff, Strategic Funding Source, Inc. d/b/a Kapitus, Inc., moves for entry of Final Default Judgment against Defendant, Miracle Bass ("Bass"), and in support thereof states:

    1.    On June 4, 2019, Plaintiff filed a Complaint to determine the dischargeability of the debt owed by Bass to Plaintiff under 11 U.S.C. § 523(a)(2)(A), (a)(2)(B), (a)(4) and (a)(6).

    2.    On, July 12, 2019, Plaintiff obtained a Clerk's Default against Bass.

    3.    Plaintiff requests this Court enter a final judgment against Bass and in Plaintiff's favor, finding that the Plaintiff's claim in the prepetition principal amount of $64,452.18 is nondischargeable under 11 U.S.C. § 523(a)(2)(A), (a)(2)(B), (a)(4) and (a)(6).

4. Plaintiff's Affidavits in Support of its Motion for Default Final Judgment are being filed contemporaneously with this motion.

WHEREFORE, Plaintiff hereby moves this Court to enter a final default judgment in its favor and against Bass and any other relief this Court deems just and appropriate.

Dated: July 17, 2019.

    CARLTON FIELDS, P.A.

    */s/ Justan C. Bounds*
    Justan C. Bounds
    Georgia Bar No. 339789
    jbounds@carltonfields.com
    1201 West Peachtree Street - Suite 3000
    Atlanta, Georgia 30309
    404-815-3400
    404-815-3415 (fax)

    *Attorneys for Plaintiff Strategic Funding Source,*
      *Inc. d/b/a Kapitus, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I (1) electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving any registered users in this case and (2) served the foregoing via U.S. Mail to:

Miracle Bass
1022 Allegiance Drive
Locust Grove, GA 30248

*Debtor/Defendant*

                                        */s/ Justan C. Bounds*
                                        Justan C. Bounds
                                        Georgia Bar No. 339789
                                        jbounds@carltonfields.com
                                        1201 West Peachtree Street -Suite 3000
                                        Atlanta, Georgia 30309
                                        404-815-3400

118662785.1